UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CARLOS RUIZ
    *Petitioner,*

v.

RICKY DIXON,
SECRETARY, et al,
    *Defendant(s).*
_____/

Case No.: 3:23-cv-1104-TJC-PDB

*Impunity*

## BIOGRAPHY OF A CRIMINAL FAMILY IN UNIFORMS

COMES NOW, the Petitioner, Carlos Ruiz, *pro se*, and submits to this Court "Biography of a Criminal Family in Uniforms", and in support thereof, the Petitioner will state the following:

### STATEMENT OF FACTS

1. The Petitioner will present this Court with 2 examples of criminality and 4 additional <u>crimes</u> to prove this Court the truthfulness of the "Biography of a Criminal Family in Uniforms". Of course, there are 100s of other cases, too.

2. In March 1983, inmates Ronald Woods and Leonal Beans killed a DOC "Sergeant" and wounded an officer in Union C.I. The motivation for killing and wounding these two officers was due to a severe beating administered to R. Woods by officers in Union C.I. At that time, today DOC Secretary Ricky Dixon, was a simple officer in Union C.I. And, if he did not directly participate in the beating of inmate R. Woods, he sure knew all about it. Why? When something like that takes place, <u>all</u> officers and <u>all</u> prison staff and the administration itself will know all about it right

1

away, no question about it. <u>Fact</u>. And Mr. Dixon "worked" right there, in the main unit, where inmate R. Woods was severely beaten and where the killing took place. Petitioner was there, too. So if Mr. Dixon did not directly participate in inmate R. Woods beating, Petitioner is <u>100% sure</u> Mr. Dixon knew about it. Now, if you know that a crime has been committed, and you do not report it, then you are an accomplice of the crime, and by law you can be prosecuted, too.

3. In Mr. Dixon's 42 year career in the DOC, sure he has, if not committed such crimes himself like it was done to inmate R. Woods, for sure he had either witnessed or known about a large number of crimes committed against defenseless inmates: no question about it! Abuse of every kind and beating of inmates is a well known culture in the "racist" Florida DOC. <u>Fact</u>.

4. From 2008 to 2013, Petitioner was housed in Santa Rosa C.I. in Close Management or CM, and to be short about it, by response to Grievance log# 08-6-00919, Petitioner was <u>not</u> to be housed with black inmates. So because of it, there were many officers, <u>all</u> of them Aryan brotherhood racists <u>all</u> of them, telling <u>all</u> black inmates that Petitioner did not like blacks, and to hurt him at the first opportunity. The names of such officers were: O'steen, Hendry L., Sgt. Coleman, C.O. Gaynor, Sgt. Brown, and others. All this was documented in many Grievances, including Grievance log# 10-4761, 10-6633, 11-0865, and others.

5. Early in May 2010, a black inmate named Staples, Lafrederick, FDC# F38040 was forced into Petitioner's room, and officer Beaver told him "Do me a favor beat the shit out of him (Petitioner), he don't like blacks." Documented, too, in Grievances and in a Court Case No.: 3:12-CV-479-RV-CJK, filed in the U.S. District Court, Pensacola Division. Because this black inmate did not want any problem, they moved Petitioner and forced him into a room housing a violent black homosexual named Carlos McCloud,

2

FDC# 437425, and one or two days later, on May 18, 2010, Officer O'steen came to our door and told inmate McCloud "He (Petitioner) don't like blacks, why don't you beat the shit out of him. I hope someone will do it." That day, May 18, 2010 Petitioner filed Grievance log# 1005-119-329, documenting it all. On 5/21/10, in the morning, C.O. Gaynor, C.O. O'steen and Sgt. Coleman pulled inmate McCloud out, to talk to him, and 10-15 minutes later, they brought him back to the room, and Petitioner noticed that McClouds attitude was different. Then, right after lunch, Petitioner was at the door "talking" to inmate Jaime H. Silva, FDC#371145, by sign language. Inmate Silva was housed across the hall, in front of Petitioner, and as Petitioner finished "talking" to Silva, as he turned around to go to his bunk, inmate McCloud, who had positioned himself behind Petitioner without Petitioner being aware of it, surprisingly hit Petitioner on his left cheekbone, so hard that, even though Petitioner tried to defend himself, in 10-15 seconds Petitioner fell down, unconscious, and being unconscious this sadist violent homosexual almost killed Petitioner, who sustained severe head and bodily injuries, including a life threatening skull fracture to his left orbit (the impact if the first surprising hit), and a spinal cord fracture, too. And because of those fractures, the left side of Petitioners brain is <u>numb</u>, and the left side of Petitioners body, from the rib cage down, is <u>numb</u>, too-- both have been <u>numb</u> since day one. All of the above was documented through Grievances and also with the Courts, before and after, and even the First District Court of Appeals sent 12-14 letters to the DOC Inspector General, warning him about Petitioners safety, and no one moved a finger to stop what they knew the high command had already ordered and sanctioned. All such letters from the First District Court of Appeals were used as Exhibits in Case No.: 3:12-CV-240-MCR-EMT. *See*, too, Case No.: 3:12-CV-404-MCR-CJK; Case No.: 3:12-CV-495-MCR-CJK; Case No.: 3:12-CV-488-MCR-CJK, and Case No.: 2011-CA-001275. The first four cases were filed in the U.S. District Court, Pensacola Division, and the last one was filed in the Leon County Court, Tallahassee.

3

6. Later on, Petitioner knew, through Attorney James Cook, who obtained from the DOC Inspector Generals Office all the documents about the "investigation" on Petitioner's Life attempted, that Petitioner had attempted to kill himself by banging his head against the wall, something any lay person will know that such thing is totally impossible: no one can bang his head against the wall more than once: the pain and trauma won't let you do it a second time. And by banging your head against the wall you won't suffer a spinal cord fracture! Therefore, the words uttered by inmate McCloud after Petitioner was taken out that "it came from up top", told to other inmates and documented in an Affidavit by inmate Silva, are <u>proof</u> that Petitioners attempted murder was ordered and sanctioned by the "high command" in Central Office. Why? Retaliation for filing Case No.: 2010-CA-000363, what will be explained later on in this petition.

7. And, for the same reason, up to date, after 13 years, no medical care, even after filing over 500 medical Grievances and going to "sick call" over <u>60 times</u>. Now, here at Suwannee C.I., 95% of Petitioners Grievances are stolen. *See* Exhibit A and B herein. *See*, too, Exhibit A-1, Notice the issue in A and B. Now, *see* Exhibit C, and Inmate Request addressed to Health Service Administrator, where Petitioner also did mention his stolen Grievance filed with the CHO on May 31, 2023, now Exhibit <u>A</u> herein. *Alpha one and Alpha two.* *See*, too, Exhibit D to M, ten cover letters forwarded to Secretary Dixon together with Petitioners Grievances, meant to prevent the stealing of his Grievance. Yet, after doing it for 25-30 times, this "Secretary" continue condoning this wrongful action of stealing our Grievances. Now, *see* Exhibit N and O. Response to Exhibit N is <u>proof</u> of who Mr. Dixon really is. Exhibit N was filed with the Warden, and marked Warden! And the text of Exhibit N shows it can't be for the Secretary. Yet, look at his Response! It says "You bypassed the formal grievance level by marking the Secretary's box at the top of the DC1-303 form." That is not only fraud but also connivance with the Institution. That is Mr. Dixon! In black and white!

4

8. On 6/21/23 Petitioner again accessed "sick call". *See* Exhibit P. Please notice the seriousness of the issue in Exhibit P. Yet, the "nurse" did not even assess Petitioner. He just told Petitioner "you have to put in 3 sick call Request before I refer you to the doctor." So on 6/22/23, Petitioner filed 2 medical Grievances[1] about it and about Rule 403.006(3)(c), and Petitioner is sure they won't answer it. Culpable state of mind!

9. Attempted Murder. Severe head and bodily injuries. Cover up at <u>all</u> levels. No medical care in 13 years, and stealing of Petitioners medical and non-medical Grievances-- in Suwannee C.I. But then, is Petitioner not dealing with a "family" of criminals in uniforms? and the court do not care about it, nor does the DOC Inspector General.

10. Now, the promised four additional cases, also committed with total impunity! Inmate Luis Jimenez. He was a few months short to go home, on a ten year sentence. He was a pain in the arse for officers. So he was being poisoned-- poison in his food tray. He notified psychologist Mr. Gonzales about it. He was vomiting and having strong stomach pain. He was taken to RMC. There, he was thrown over the railing in the cell block. Then they reported he had jumped and killed himself. Officer Carlos de la Rosa knew better. He told us. He is a witness.

11. Antonio Perdomo, nick-named "Tony". First, he was badly beaten by officers. Petitioner saw him in "Time Square", in front of the control room at F.S.P., while going to medical, and Tony was coming from the Reception Medical Center. Petitioner saw on his face: one eye was sewn shut and it was in full colors. Petitioner asked him, "Tony, what happened to you", and he told Petitioner "Carlito, they beat me up. They want to kill me".[2] The next day, we all heard "Tony died." No, he didn't die! He was murdered!

---

[1] This Petition was begun on June 29, 2023, and Petitioner is waiting for a response to his medical Grievance filed with the Secretary on 6/22/23 in order to file this Petition.
[2] This conversation between Petitioner and Tony was in Spanish.

12. A few days before they murdered the death row inmate Frank Valdes, they had beaut up inmate Laydani Martinez, FDC#399238. The beating was so bad he had to spend six days <u>in a coma</u> in a Jacksonville hospital.

13. All these crimes took place at F.S.P. in the 1990s. Now, notice that Petitioner is only documenting crimes committed against Cuban inmates. Of course there are many other crimes committed not only at F.S.P., but also all over the Florida DOC against defenseless inmates, and all such crimes were and are hushed up, at all levels. When the "West Unit" in RMC was being built, they dug up 2 skeletons-- 2 black inmates, who years before, the same killers reported them as "escapees"! We are dealing with a family of <u>racist</u> criminals in uniforms!

14. Petitioner <u>lacks knowledge</u> to <u>file a lawsuit</u>, but this Court, the Government branch in charge to dispense justice, is being notified.[3] And now this Court is in possession of strong facts/evidence of crimes, including <u>murders</u>. Wherefore, the F.B.I. or any other Governmental agency should start a deep investigation into all these crimes: no crime should remain in impunity. This "family" has <u>not</u> been invested with impunity to commit crimes against us. Therefore, <u>if</u> there is justice, then justice should prevail and so justice should be served!

> "Not to oppose wrong is to approve it, and indeed to neglect to confront wrong doers when we can do it, is not less a crime than to encourage them."
>
> Pope Felix 3rd

15. This "Biography" contains true elements of crime, including <u>murder</u>.

---

[3] And, since the Attorney Generals Office is being provided/furnished with a copy of this Petition, they are also compelled by law to legally proceed with their own investigations.

Therefore, this Court, and the Attorney Generals Office, too, are bound to act, not to tell Petitioner to file a lawsuit. This is about <u>crimes</u> perpetrated against defenseless inmates, and no one should walk mocking the law and justice. Wherefore, an investigation should take place-- now. Petitioner is a witness.

16. Three (3) times have this "family" attempted to <u>murder</u> Petitioner (for grieving and going to Court!), and for 13 years now this organized "family" has been knowingly and deliberately denying Petitioner medical care, something he desperately needs. *See* Exhibit A and B. There are hundreds of other medical Grievances on records, too. And Petitioners medical files will show Radiology Reports, showing, <u>on the same spot</u> of Petitioners spinal cord fracture, a "degenerative disk disease", and "sacralization!"

17. Petitioner feels something is "cooking" against him here at Suwannee C.I. So if Petitioner tells this Court that he is sure there are "plans" like the one at Santa Rosa C.I. designed to keep Petitioner in CM (like it was done at Santa Rosa C.I. For seven (7) years[4]) and to get him hurt or killed, he won't be far from the truth. He knows he is in danger. Wherefore, if anything happens to Petitioner, no matter in what way it may happen, see paragraph 4-5, above. Petitioner will point his finger to this criminal family of soulless racists and sick haters who in their own country have nowhere to go, and like at Santa Rosa C.I., here at Suwannee C.I., Petitioner sees many similar things taking place. Like it was done at Santa Rosa C.I. before the attempted on his life on 5/21/2010. There are many similar things taking place like the ones that took place at Santa Rosa C.I. intended to keep Petitioner in CM. In CM, there are 3 levels: You start in CM 1 and in six months, (regularly six months, but it can be 90 days in any level, *see* Rule 33-601.800(16)(a), you will be downgraded to CM 2, and 90 days or six months later you can be downgraded to CM 3. Then, after 90 days or six months, you should be released

---

[4] If Petitioner got out of CM, it was because he was sent to RMC for eye surgery, and when he spent 9 months and where the SCO there, a black female told Petitioner "you have to get out of CM, you been in C.M, too long" (She knew it). So after his six months in CM 2, she released Petitioner to the General Population.

to the General Population. On 6/01/22, Petitioner was downgraded to CM 3, and on 12/01/22, he was recommended for the General Population, but the State Classification Officer, or SCO, told Petitioner "you remain in CM 3", so Petitioner Grieved it on 12/05/22, and on 12/09/22, Petitioner Grieved it a second time, and for greiving it the first time, the SCO upgraded Petitioner back to CM 2! *See* the proofs in Exhibit T and U-- Grievance log# 2212-230-014 and 2212-230-031. Exhibit T carry a CM recommendation dated 11/28/22.

18. Again, on 6/01/23 Petitioner was again downgraded to CM 3, based on his all time "above satisfactory" behavior and positive adjustment, and his Classification Officer recommended a 90 day review in CM 3, meant for Petitioner to be released from CM in 90 days, but the same SCO said "six months".[5]

19. What was done to Petitioner at Santa Rosa C.I. was done for retaliation for grieving and going to Court. *See* Case No.: 2010-CA-000363, filed on the Leon County Court, Tallahassee, and the State response alleged that Petitioner was attempting to embarrass the State, and from that day on, Petitioner was marked for elimination. So May 21, 2010 took place, all arranged by this "family" and then all and everything hushed up, at all levels. *See* Case No.: 3:12-CV-240-MCR-EMT and Case No.: 3:16-CV-00017-TJC-MCR, filed with this Court, Jacksonville Division. And dismissed because Petitioner did not know how to state a claim for deliberate indifference. Because I am no lawyer I've got no rights nor there is justice for petitioner, right? [Pensacola Division, filed in same case]

20. The attempted on Petitioners life was ordered and fully sanctioned by the DOC High Command in Central Office in retaliation for Petitioner filing Case No.: 2010-CA-000363. *See* paragraph 4-5, above. That is the reason why Petitioner has never received medical care. And the Courts know it all. And what have the Courts or any

---

[5] On June 21, after his first 6 months in CM, Petitioner was downgraded to CM 2, and he filed Grievance log# 2106-213-197, Exhibit S, requesting release from CM or a 60-90 day review based on Rule 33-601.800(16)(a), and the Warden's Response at Union C.I., stated "You are correct in your statement that inmates do not have to spend six months in each level, however, the ICT and the SCO determined that CM2 was appropriate for you at this time". Again, *see* Exhibit S. "Not at this time" clearly means "maybe in another level, later on." Now, please review Rule 33-601.800(16)(a) into Response to Exhibit S. By Rule 33-601.800(16)(a) Petitioner should have been released from CM or given a 60-90 day review on June 23. *See* Exhibit X, Petitioners CM3 recommendation.

8

other agency done other than looking the other way? Accomplices are what they all are, like Mr. Dixon. See paragraph 2-3, above. accomplices and traitors of the human race - all of you.

21. The attempted on Petitioners life was nothing but vengeance-- vengeance by the State itself!-- for grieving and filing Case NO.: 2010-CA-000363. Fact.

22. The criminality of this "family" is in no way limited to violent crimes against us. Their criminality encompasses all areas of our prison life, including the food department, and to be short and to the point, Petitioner will just state that the "food" we are served is not only half of what we should receive by the master menu, which has been shrinking and shrinking for the last 30 years not only in quantity but also in quality. Plus, what we receive today is not fit for human beings, and on top of it all, this "food" is served in nasty trays that are also full of mold. Wherefore, there is no need to say anything further. *See* Exhibit Q and R. Petitioner had many other Grievances about food service filed at Union C.I. In 2021-22[6]. See A to E

    A. Petitioner will now try to detail the truth as for why, on 12/01/22, he was first continued in CM 3 and then, after grieving it, the SCO upgraded him back to CM 2-- for reprisal. *See* Exhibit T and U. *See* paragraph 17, above. *See*, too, Exhibit T-A1! See, too, Exhibit T-A and T-A2

    B. On 12/01/22, Petitioner was continued on CM 3 based on Exhibit V-- a letter he sent to the transfer authority praying for help. If you ask for help, you are required to be 21 right? So Petitioner was honest to God: He gave them the truth about his past prison history. The whole letter, Exhibit V, is a plea for help, and the SCO considered it to be a "threat"! Now, can Petitioner know the future? Of course not.

---

[6] Now, to really enlighten this Court, Petitioner will state what we were served on July 4th, 2023, what is suppose to be a very "special meal". There was on our tray: One "meat" patty, something looking like a hamburger, One hot dog, 3 slices of white bread: 2 for the "meat" patty and One for the hot dog, a few "coins" of carrots, a small piece of "cake". No drink. That was our "special meal" for July 4th, 2023. Now, this Court can figure out the rest! *See* Exhibit Y.

9

Petitioner was talking about his past history, not about "tomorrow"! *See* paragraph 28, below.

C. So on 12/01/22, for reprisal, for Exhibit T, Petitioner was upgraded to CM 2, and on June 01, 2023, his Classification Officer, Mr. Mercado, recommended Petitioner for a 90 day review in CM 3 based on Petitioners positive adjustment, and the SCO told Petitioner "six months". *See* Exhibit S and Response thereof. See, too, Exhibit X, dated 5/26/23.

D. This 6 months rather than the recommended 90 days mean reprisal. And Petitioner fears that he will be continued on CM 3 after his 6 months again! Now, after being downgraded to CM 3 on 6/01/23, Petitioner was again housed in G1, a disciplinary confinement quad for CM 3 inmates who are in disciplinary status, and Petitioner is not in disciplinary status! In his previous 6 months in CM 3, from June to December 2022, Petitioner was housed in this same G1, for reprisal. *See* Exhibit N and their fraudulent Response.

E. Now, for filing this Petition exposing their well known wrongful actions and retaliations, Petitioner will be open for reprisal, including bogus DRs and upgrading him to CM 2 or CM 1, like it was done at Santa Rosa C.I. from 2007 to 2013. *See* paragraph 17, above, a well-known method used against inmates who dare to expose their wrong and crimes. Wherefore, this Court should take notice of it all. *See* F, G, H, and I:

F. On 7/10/23, on or about 9 a.m., Petitioner appeal to Grievance log# 230-2307-0012 was picked up by the staff who daily walk around picking up Grievances. Then, around 9:30 a.m., Lt. Moore, who answered Grievance log# 230-2307-0012, walked around the quad, and upon passing by Petitioners door, stated "Ruiz, you keep writing Grievances". . . Petitioner did not hear anything else as Lt. Moore walked off in his round. That was a threat-- for grieving. Now, how did Lt. Moore know about

10

Petitioner appeal to Grievance log# 230-2307-0012 just 30 minutes after Petitioner appeal was picked up? The threats already began!

G. A few days before, when Lt. Moore was walking around the quad, a <u>black</u> inmate housed close to Petitioner, insulted Lt. Moore so bad Petitioner can't repeat the uttered words for the obscenity thereof was too obscene, and which also included <u>threats</u>. This and other <u>black</u> inmates do it all the time to almost all officers, and no one of them dare to say anything. Why? <u>Fear</u>. However, Petitioner has <u>never</u> disrespected any officer. So, why do they abuse Petitioner? *See* paragraph 4, and 6 to 8 into Exhibit T.[7]

H. On 7/10/23, the same inmate insulted gravely Officer <u>Luna</u> and other officers, and the only thing they did was to appease the black inmate: fear.

I. A final note. Petitioner wants to apologize to and will exclude from anything in these 2 Petitions the following officers, all from F.S.P: Sgt. Crew, Sgt. Lee (black), Sgt. Griffis (who reached the position of Assistant Warden and who had to resign when the Crosby incident), Officer Palmer, today Region Director, Officer Davis, who reached the position of Warden, and a few others who they themselves know that they are from a very different stock. <u>For them</u>, my respect.

<u>Notes.</u>

The Court cases cited in page 2, 3, and 8 are 3:12-CV-479-RV-CJK, about CO Beaver throwing/slamming Petitioner against the concrete floor and hitting Petitioner on his spinal cord with his knee, while several other CO, used their bodies to block the camera view. Case No.: 3:12-CV-240-MCR-EMT was concerning the attempted on Petitioner's life on 5/21/10, refiled once again in the Jacksonville Division,

---

[7] *See*, too, Exhibit N, at paragraph 5.

11

Case No.: 3:16-CV-00017-TJC-MCR. Case No.: 3:12-CV-404-MCR-CJK, was another attempted on Petitioners life, same method used with inmate C. McCloud on 5/21/10. Case No.: 3:12-CV-495-MCR-CJK, was about CO Gaynor throwing Petitioner on a red ant bed while going to medical and then, on his return, attempting to break Petitioners fingers and wrists. Case No.: 3:12-CV-488-MCR-CJK, CO Martillano and CO Carter attempted to kill Petitioner by order of "Lieutenant" Shanes. After selecting a jury for trial, they agreed to pay, to clear Petitioners debts with the Court and DOC, and Petitioner accepted it <u>only</u> because a lawyer told Petitioner the Defendants were to declare themselves in bankruptcy and Petitioner would not get a penny-- Petitioner had a $12,600+ debt and he needed to clear his bank account.[8] Case No.: 2011-CA-001275 was a mandamus petition seeking medical care for his injuries from 5/21/10.

Paragraph 29, page 14. Petitioner's son asked " Dad, how is your food now?" and Petitioner told his son all about it and also about Exhibit Q[9] and R, and 5 minutes into his call, they cut off Petitioners call. The same thing has taken place a few other times. Culpable state of mind. Grieved, and no response.

23. Again, Petitioner did not attempt to embarrass the State, first, he did not know anything about law, so he thought that by bringing it all to the Court, that the Court would investigate and stop all abuses committed against us. Will the DOC investigate itself? **God** himself says <u>no</u> it won't. *See* Matthew 12:25-26

24. Now, Petitioner is in no way, either, attempting to embarrass the State. How can a thief be embarrassed when someone calls him "thief"? Petitioner is now firmly calling them by their true name: "Criminals in Uniforms" and Petitioner is not shy or vague about it-- he is showing <u>facts</u>: names, dates, places. Plus, Petitioner is clearly calling these people, from their "leader" to the lowest underling, for their real names: Criminals

---

[8]This lawsuit and payment is also another "reason" for reprisal since this is now part of Petitioners prison files.
[9]*See*, too, Exhibit Q-A and Q-A1.

in Uniforms. Racists and sick haters who have nowhere to go. Every person "working" in prison, in every department, is part of this crime "family". Remember John F. Kennedy, when he said "if you want to meet the scum of the earth, go to any prison in the United States at shift change." That statement use to be repeated by Paul Harvey, a talk show radio host in the Florida Panhandle. *The courts know it only too well and keep silent. See paragraph 14, above, about Pope Felix' statement. Think about it! Think about who you are.*

25. Now, Petitioner knows his murder can be ordered and executed and that, like it was done at Santa Rosa C.I. on 5/21/10, also covered up, at all levels, and nothing will ever be investigated, since the State is the greatest criminal entity in this Country[10], who controls everything and is also infinitely resourceful. Just remember Frank Valdes, the death row inmate who was savagely murdered in 1999 at F.S.P. by a group of this sadists crime family, and nothing happened other than a shameful show of "justice", where "justice" mocked itself since "justice" would never condemn their own: DOC, Government, the Court-- all just one family.

26. So Petitioner knows that neither the Courts nor anyone else will move a finger, neither on his behalf nor in behalf of any abused or murdered inmate since the Courts themselves are part of the Government and this family is also part of the whole. Remember Frank Valdes! Shame on all of you! *Petitioner knows why Valdes was murdered: He was requesting medical care for a block inmate who was beaten by officers and his jaw bone was broken, and no medical care. That was why he was murdered.*

27. However, even after his experiences on 5/21/10, when Petitioner was almost killed with total impunity by orders of this crime family, Petitioner is not intimidated, and a proof thereof is this very Petition, not attempting to embarrass but exposing their nakedness for the world to see, and calling them by what they really are: an organized crime family. Petitioner is not intimidated! I am here, tied up in fully body restraints,

---

[10] If it were not so, the attempted on Petitioners life wouldn't have taken place, and, if such crime would have happened by any prison officers own initiative, such officer(s), along with the aggressor, would have been indicted and Petitioner would have received medical care right away, and Petitioner wouldn't have spent 13 years, up to date, in this horrible numbness of his left side. However, from day one everything was hushed up-- by the Department High Authorities (read, "The State"), as demonstrated by the documents obtained by Attorney James V. Cook. *See* paragraph 6, above.

13

without a way to defend myself, knowing who you are: traitors to the human race. [handwritten insertion: "traitors and exploiters of the human race."] "Christians"! Yet, you are reading this Petition! *See* Matthew 11:28, and John 14:27.

28. This "family" also likes to talk about rules-- only when it is to be used against us. However, they are the ones who violate not only every DOC rule but also all of our Constitutional rights-- with total impunity. <u>They</u> are dangerous criminals: Dangerous because they are <u>criminals in uniforms</u>. Then, they dare to put Petitioner in front of their own reflection in their own mirror!

29. This "family" is so vindictive that even Petitioners phone calls, when he is talking to his son, are cut off after 5 minutes, then Petitioners son will be charged for the full 30 minutes the call was suppose to last. Petitioner has grieved it, but no response is issued.[11]

## RELIEF SOUGHT

30. Since this "family" has not been invested with impunity to commit crimes against us, defenseless inmates, Petitioner asks this Court for the proper unique remedy in this matter: That the F.B.I., F.D.L.E, or any other Governmental agency initiate a full investigation into all crimes documented in this Petition. This Court should also put a stop to all of this family's crimes and abuses. This Court should also establish a method with which to prevent further crimes against defenseless inmates.

31. Not to grant Petitioner's sought relief will be like giving green light to this crime family, like "Everything and Anything goes", even the murder of Petitioner, for daring to speak the truth, But then, was it not already attempted? Did not the Courts know, too? Of course the Courts knew. The Court also knows that this crime family has

---

[11] To Petitioner they cut off his phone calls, etc, etc. However, they won't dare to say or do any of it to black inmates, who insult them all using ugly obscene language and threats and to whom they all fear.

14

got a full house of lawyers ready to lie and perjure and whatnot to defend these criminals in uniforms with super hypocrite State rhetoric, justifying crimes and wrongdoing. This Court also knows that the Department won't investigate itself since a divided house won't stand. Matthew 12: 25-26.

32. Again, "not to oppose wrong is to approve it". Murder is murder, and wrong is wrong, and it should not stand!

33. In the name of those defenseless inmates who were abused and/or murdered (and those who are or will be abused or murdered in the future) by this family of criminals in uniforms, this Court should relentlessly pursue, through any means, to make the DOC to have all its agents to wear, as a part of their uniforms, a mini camera with audio and video capacity.

34. This is something you owe to all abused and murdered defenseless inmates-- in the name of justice, if justice really exsist. That mini camera with audio and video capacity will save not only other inmates lives, but it will also prevent all kinds of further abuses and corruption-- committed on a daily basis all over the FDOC, with total impunity. *See* text of Exhibit Z, Grievance log# 119-1811-0570, and Exhibit Z-1, Grievance log# 119-1904-0732. Then *see*, too, Exhibit Z-2, Grievance log# 12-6-03260.

35. Petitioners life is in danger. *See* paragraph 25, above. *See*, too, Exhibit Z and Z-1.

36. Not to Grant this relief or to pass it to the DOC to decide on it will be tantamount to giving the green light to this family of soulless criminals in uniforms, who will continue on their same old practice of abuses and cover up.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that a true and correct copy of the foregoing has been furnished to: Attorney General, The Capitol, PL-01, Tallahassee, Florida 32399-1050 via legal mail on this 11th day of Sept., 2023.

S/ Carlos Ruiz

Carlos Ruiz, FDC#086219
Suwannee C.I.
5964 U.S. Highway 90
Live Oak, FL 32060

CC file.

Note: Exhibit A, Exhibit B, and Exhibit A1 are Grievance log# 23-6-20791, 2305-230-015, and 2111-213-001. Exhibit C is an Inmate Request to HSA, dated 6/19/23. Exhibit D to M are cover letters addressed to Secretary Dixon. Exhibit N and O are Grievance log# 22-6-24290 and 22-6-25651. Exhibit P is a copy of Petitioners Sick Call request dated 6/15/23. Exhibit Q and R are Grievance log# 230-2304-0146 and 230-2304-0013. Exhibit S is Grievance log# 2106-213-197. Exhibit T and U are Grievance log# 2212-230-014 and 2212-230-031. Exhibit V is a letter addressed to "Transfer Authority". Exhibit W is a letter from C. Crew, Classification Supervisor addressed to Petitioner, dated 4/3/2020. Exhibit X is Classification recommendation recommending Petitioner with a 90 days review in CM3.

Impunity



See cover letter addressed to "Clerk of Court". See too, Exhibit Alpha One and Alpha two, in regard to paragraph 7 into this Petition. Both Exhibits Alpha & A.1. See note in Exhibit A.1. No medical care because petitioner do not know how to file a law suit?